Janet TASHER, Petitioner,

v.

DEPARTMENT OF THE NAVY, Respondent.

No. 2006–3146.

United States Court of Appeals, Federal Circuit.

June 22, 2006.

**ORDER**

Order Vacated, See 2006 WL 2266264.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Keith Russell JUDD, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2006–1476.

United States Court of Appeals, Federal Circuit.

June 22, 2006.

Keith Russell Judd, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.